UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LA'MARCUS MCDONALD,

    Plaintiff,

  v.

COUNTY OF SONOMA, et al.,

    Defendants.

No. C 20-04183 WHA

**ORDER DENYING DEFENDANT'S MOTION TO DISMISS AS MOOT AND VACATING HEARING**

Under Rule 15(a)(1)(B), plaintiff was entitled to file his first amended complaint within 21 days of defendant's Rule 12(b) motion. Since plaintiff did just that, defendant's motion to dismiss is now moot. This order thus **DENIES** defendant's motion to dismiss without prejudice to a fresh motion to dismiss. The **September 24** hearing date is hereby **VACATED**.

**IT IS SO ORDERED.**

Dated: September 11, 2020.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE