Reed R. Kathrein (139304)
Wesley A. Wong (314652)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
wesleyw@hbsslaw.com

*Attorneys for Plaintiff La'Marcus McDonald*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA'MARCUS MCDONALD,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SONOMA, TOWN OF WINDSOR, MARK ESSICK, TRAVIS PERKINS, BRENT KIDDER, and GREGORY CLEGG,<br><br>Defendants. | No. 3:20-cv-04183-CRB<br><br>**DECLARATION OF WESLEY A. WONG IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO BIFURCATE THE TRIAL AND DISCOVERY OF THE INDIVIDUAL LIABILITY CLAIMS AND THE *MONELL* AND SUPERVISORY LIABILITY CLAIMS**<br><br>Date: August 26, 2021<br>Time: 10:00 a.m.<br>Dept.: Courtroom 6, 17th Floor<br>Judge: Hon. Charles R. Breyer |

010930-11/1577779 V1

1    I, Wesley A. Wong, declare as follows:

2    1.    I am an attorney at the law firm Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), counsel for Plaintiff La'Marcus McDonald ("Plaintiff"). I am licensed to practice law in the State of California. I make this declaration in support of Plaintiff's Opposition to Defendants' Motion to Bifurcate the Trial and Discovery of the Individual Liability Claims and the *Monell* and Supervisory Liability Claims. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached hereto as Exhibit A is a true and correct copy of (1) Plaintiff's meet and confer letter to Defendants, dated March 10, 2021; (2) Defendants' response letter, dated May 13, 2021, responding to Plaintiff's meet and confer letter; and (3) Plaintiff's discovery requests and Defendants' responses (the subject of Plaintiff's meet and confer letter).

3.    Attached hereto as Exhibit B is a true and correct copy of an email chain from March 10, 2021, to July 20, 2021, where the parties discuss unresolved, outstanding discovery disputes and issues.

4.    Attached hereto as Exhibit C is a true and correct copy of an email dated July 20, 2021, from Defendants' counsel regarding the scheduling of Plaintiff's deposition.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 23rd day of July 2021, at Berkeley, California.

                                            /s/ Wesley A. Wong
                                            WESLEY A. WONG