# Exhibit C

# Lisa Lin

| | |
|---|---|
| **From:** | Noah Blechman <noah.blechman@mcnamaralaw.com> |
| **Sent:** | Tuesday, July 20, 2021 4:01 PM |
| **To:** | Wesley Wong |
| **Cc:** | Reed Kathrein; randolph.hom@mcnamaralaw.com; sabrina.ahia@mcnamaralaw.com |
| **Subject:** | Re: McDonald v. County of Sonoma, et al. |
| **Attachments:** | image001.png |
| | |
| **Follow Up Flag:** | Flag for follow up |
| **Flag Status:** | Flagged |

Wesley, I gave my assistant instructions to send this notice out yesterday after hours, and then I just saw your email today. I will look at the substance of your email shortly and follow up with my clients on additional documents. However, there's no reason to defer on any party depositions until the court rules on the motion as that will not affect the deposition of Mr. McDonald.  Therefore we want to go forward with his deposition on August 16, if that date is not available, please provide 2 to 3 other available dates.  Thx.

Please excuse the brevity and spelling as sent from my iPhone.  Thanks. -Noah Blechman


> On Jul 20, 2021, at 2:18 PM, Sabrina Ahia <Sabrina.Ahia@mcnamaralaw.com> wrote:
>
> Please see attached Deposition notice.  Thanks.
>
> **Sabrina Ahia**
> **Legal Assistant to Noah Blechman, Darra M. Lanigan,**
> **Alexandra M. Romero, and Ashlee N. Thomas**
>
> <image001.png>
> 3480 Buskirk Avenue, Suite 250
> Pleasant Hill, CA 94523
> 925.939.5330
> 925.939.0203 Fax
> www.mcnamaralaw.com
>
> vCard
>
> This email communication may contain CONFIDENTIAL INFORMATION WHICH ALSO MAY BE LEGALLY PRIVILEGED and is intended only for the use of the intended recipients identified above. If you are not the intended recipient of this communication, you are hereby notified that any unauthorized review, use, dissemination, distribution, downloading, or copying of this communication is strictly prohibited. If you are not the intended recipient and have received this communication in error, please immediately notify us by reply email, delete the communication and destroy all copies.
>
> <NOTICE OF DEPO.pdf>

1