Reed R. Kathrein (139304)
Wesley A. Wong (314652)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
wesleyw@hbsslaw.com

*Attorneys for Plaintiff La'Marcus McDonald*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| LA'MARCUS MCDONALD,<br><br>                           Plaintiff,<br><br>    v.<br><br>COUNTY OF SONOMA, TOWN OF WINDSOR, MARK ESSICK, TRAVIS PERKINS, BRENT KIDDER, and GREGORY CLEGG,<br><br>                           Defendants. | No. 3:20-cv-04183-CRB<br><br>Hon. Charles R. Breyer<br><br>**PLAINTIFF'S NOTICE OF DISCOVERY DISPUTES AND REQUEST FOR ASSIGNMENT OF MAGISTRATE JUDGE** |
|---|---|

010930-11/1669095 V1

Pursuant to Section II.1. of the Court's Standing Order (dated April 2, 2019), Plaintiff hereby notifies the Court that several discovery disputes have arisen between the parties that Plaintiff believes will require the Court's intervention. Specifically, the parties have reached an impasse regarding (1) Defendants' assertion of the "official information" privilege and other state law privileges; and (2) discovery related to Plaintiff's allegations of Defendants' deliberate indifference which support Plaintiff's *Monell* and supervisory liability claims. Despite Plaintiff's continuing attempts to resolve these disputes with Defendants since at least March 2021, Defendants have failed to timely respond to Plaintiff's discovery requests, which were originally propounded in January 2021; have delayed in producing documents; have failed to provide written verifications to responses; have failed to meaningfully respond to Plaintiff's meet and confer letters; and have failed to resolve the above-mentioned discovery issues with Plaintiff during meet and confer sessions. Rather, Defendants have maintained questionable objections and assertions of privilege, and have failed to meaningfully engage with Plaintiff on the propriety of their objections and assertions of privilege.[1] This has remained the case even after the Court denied Defendants' Motion to Bifurcate the Trial and Discovery, allowed broad discovery on all claims to move forward,[2] and ordered the parties to meet and confer about discovery deadlines. ECF No. 43. The parties cannot reach agreement as to the scope of relevant discovery and therefore have been unable to meaningfully discuss discovery deadlines despite Plaintiff's efforts to do so.

Plaintiff is unable to effectively prosecute his *Monell* and supervisory liability claims without first resolving these discovery issues, and without first obtaining and evaluating relevant discovery.

---

[1] Plaintiff described in great detail in a March 10, 2021, meet and confer letter to Defendants why many of Defendants' objections and privilege assertions were inapplicable and should be withdrawn. *See* ECF No. 40, Decl. of Wesley A. Wong, Ex. A. Defendants have continued to broadly maintain these objections and assertions of privilege, and have not provided Plaintiff with any rationale, analysis, and/or legal basis in support. Meet and confer discussions have stalled as a result.

[2] At the Motion to Bifurcate hearing, the Court stated that this case was a traditional Section 1983 case coupled with a *Monell* claim and explained, as a matter of judicial economy, that "…what I do is permit discovery on – all the issues that are raised – that are fairly raised[.]" ECF No. 45 at 3. The Court ruled in its Motion to Dismiss Order that all of Plaintiff's claims, except Plaintiff's claim for injunctive relief, were plausibly alleged. ECF No. 32.

PLAINTIFF'S NOTICE OF DISCOVERY DISPUTES AND REQUEST FOR ASSIGNMENT OF MAGISTRATE JUDGE
010930-11/1669095 V1

| | |
|---|---|
| 1 | Accordingly, Plaintiff respectfully requests that the Court, at the earliest opportunity, assign a Magistrate Judge to resolve all current and future discovery motions and disputes in order to keep this case moving forward. |

DATED: October 4, 2021              Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP


By  */s/ Wesley Wong*
       WESLEY A. WONG

Reed R. Kathrein (139304)
Wesley A. Wong (314652)
715 Hearst Avenue, Suite 202
Berkeley, CA  94710
Telephone: (510) 725-3000
Facsimile:  (510) 725-3001
reed@hbsslaw.com
wesleyw@hbsslaw.com

Steve W. Berman
Jacob P. Berman (327179)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA  98101
Telephone: (206) 623-7292
Facsimile:  (206) 623-0594
steve@hbsslaw.com
jakeb@hbsslaw.com

*Counsel for Plaintiff La'Marcus McDonald*

PLAINTIFF'S NOTICE OF DISCOVERY DISPUTES AND REQUEST FOR ASSIGNMENT OF MAGISTRATE JUDGE
010930-11/1669095 V1