Reed R. Kathrein (139304)
Gayne Kalustian-Carrier (336814)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Ave., Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com
gaynek@hbsslaw.com

*Counsel for Plaintiff*

NOAH G. BLECHMAN (State Bar No. 197167)
noah.blechman@mcnamaralaw.com
McNAMARA, AMBACHER, WHEELER,
HIRSIG & GRAY LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile: (925) 939-0203

*Attorneys for Defendants*

[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA'MARCUS MCDONALD,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF SONOMA, TOWN OF WINDSOR, MARK ESSICK, TRAVIS PERKINS and BRENT KIDDER,<br><br>Defendants. | Case No. 3:20-cv-4183-CRB-SK<br><br>***UPDATED* JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date: February 16, 2024<br>Time: 8:30 a.m.<br>Dept: Courtroom 6, 17th Fl. (SF)<br>Judge: Hon. Charles R. Breyer<br><br>Trial: Not Set |

Pursuant to Federal Rule of Civil Procedure 16(a) and Civil Local Rule 16-9 of the U.S. District Court for the Northern District of California, this Updated Joint Case Management Conference Statement is jointly submitted by counsel for all parties in this action. The parties hereby provide the below update. Defendants request that this Case Management Conference go forward and that this matter not be reset, which has occurred several times in the past.

# I. DISCOVERY UPDATE

## A. Depositions

Numerous depositions have been completed in this matter including: Plaintiff La'Marcus McDonald's deposition; Defendant Deputy Travis Perkins's deposition; dismissed Defendant Deputy Gregory Clegg's deposition; Defendant Sergeant Brent Kidder's deposition; non-party Sergeant Erick Gelhaus's deposition; non-party and 911 caller Mr. Andrew Chambers' deposition; and the depositions of non-party fire personnel that responded to the scene of Plaintiff's injuries such as the depositions of Mr. Heath Lesik, Mr. Aron Levin, and Mr. Ryan Osborne.

Plaintiff has noticed a deposition for Lt. Sean Jones and will serve a deposition notice on a 30(b)(6) IOLERO representative upon confirming dates with opposing counsel. After those depositions, Plaintiff will determine if Sheriff Essick has knowledge of facts relevant to Plaintiff's *Monell* and supervisory liability claims that cannot be gained from other sources and whether a deposition of Sheriff Essick is necessary.

Defendants object to the deposition of Sheriff Essick as he is an apex deponent and has no personal knowledge of this incident, among other grounds. Defendants intend to try to depose other medical witnesses who treated Plaintiff on the date of the incident, prior to him being located in a vehicle by the involved deputy.

## B. Written Discovery and Document Production

Written discovery and document production continues and remains incomplete in this case. Plaintiff asserts that Defendants have failed to provide sufficient discovery responses and documents to support his *Monell* and supervisory liability claims and that their failure to respond to RFAs and related ROGs and RFPs, as well as privilege claims, is improper. The parties have met and conferred in good faith on several occasions to discuss these issues, but have continued to disagree on the scope of relevant discovery, Defendants' responses, and Defendants' privilege claims. Defendants served an amended privilege log on December 6, 2023. Plaintiff served a fourth set of RFPs on February 1, 2024, pertaining to records available to the public regarding complaints against peace officers. Defendants have until early March to respond.

Most recently, the parties met and conferred on February 5, 2024. At that meeting, Defendants stood by some objections, but agreed to confer with County Counsel about certain RFAs, ROGs, and RFPs, on these complex issues  Plaintiff maintains the privilege log is insufficient both as to the factual information and the legal claims in the privilege log. Defendants believe the privilege log is sufficient and legally based. However, Defendants agreed to follow up with Plaintiff in two weeks regarding the privilege log to inform Plaintiff whether they intend to stand by their privilege log or if they intend on serving an amended privilege log.

Overall, Defendants contend that Plaintiff's *Monell* discovery has far outweighed allowable discovery in these types of matters and is way out of proportion in this two minute police takedown case. Defendants look forward to discussing these matters further at the hearing.

## II. ADR UPDATE

The parties attended a Settlement Conference with Judge Beeler on January 18, 2023. This matter did not resolve. A further Settlement Conference may be considered by the parties after the completion of discovery and/or after a ruling on any summary judgment motion(s).

## III. CASE DEADLINES

The parties propose the following deadlines going forward:

|  | Current Deadlines | Proposed Deadlines |
|---|---|---|
| Fact Discovery Cutoff: | April 1, 2024 | July 1, 2024 |
| Expert Disclosure Deadline: | May 1, 2024 | August 1, 2024 |
| Rebuttal Disclosure Deadline: | June 3, 2024 | September 3, 2024 |
| Completion of Expert Discovery: | July 1, 2024 | October 1, 2024 |
| Dispositive Motions Filing Deadline: | August 2, 2024 | November 1, 2024 |
| Pretrial Conference: | Not set. | January 21, 2025 |
| Trial Date: | Not set. | February 10, 2025 |

| | |
|---|---|
| Dated: February 9, 2024 | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | By: */s/ Gayne Kalustian-Carrier* |
| | Gayne Kalustian-Carrier |
| | Reed R. Kathrein |
| | 715 Hearst Avenue, Suite 202 |
| | Berkeley, CA 94710 |
| | Telephone: (510) 725-3000 |
| | Facsimile: (510) 725-3001 |
| | gaynek@hbsslaw.com |
| | reed@hbsslaw.com |
| | |
| | Steve W. Berman |
| | Jacob P. Berman (327179) |
| | HAGENS BERMAN SOBOL SHAPIRO LLP |
| | 1301 Second Avenue, Suite 2000 |
| | Seattle, WA 98101 |
| | Telephone: (206) 623-7292 |
| | Facsimile: (206) 623-0594 |
| | steve@hbsslaw.com |
| | jakeb@hbsslaw.com |
| | |
| | *Counsel for Plaintiff La'Marcus McDonald* |
| Dated: February 9, 2024 | MCNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP |
| | |
| | By: */s/ Noah G. Blechman* |
| | Noah G. Blechman |
| | 3480 Buskirk Avenue, Suite 250 |
| | Pleasant Hill, CA 94523 |
| | Telephone: (925) 939-5330 |
| | Facsimile: (925) 939-0203 |
| | |
| | *Counsel for Defendants County of Sonoma, Town of Windsor, Mark Essick, Travis Perkins and Brent Kidder* |

*UPDATED* JOINT CASE MANAGMENT CONFERENCE STATEMENT C20-4183 CRB

4

010930-11/2362680 V2

# **ATTESTATION OF CONCURRENCE IN THE FILING**

Pursuant to Civil Local Rule 5-1(j)(3), the filer attests that concurrence in the filing of this document has been obtained from each of the signatories.

*/s/ Gayne Kalustian-Carrier*
Gayne Kalustian-Carrier