Reed R. Kathrein (139304)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Ave., Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
reed@hbsslaw.com

*Counsel for Plaintiff*
[Additional counsel on signature page]

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LA'MARCUS MCDONALD,<br><br>                    Plaintiff,<br><br>     v.<br><br><br>COUNTY OF SONOMA, TOWN OF WINDSOR, MARK ESSICK, TRAVIS PERKINS, BRENT KIDDER, and GREGORY CLEGG,<br><br>                    Defendants. | No. 3:20-cv-04183-CRB (SK)<br><br>**NOTICE OF CHANGE IN COUNSEL**<br><br>Judge: Hon. Charles R. Breyer<br>San Francisco Courthouse<br>Courtroom: 6 – 17th Floor |

010930-11/2507049 V1

1    PLEASE TAKE NOTICE that Gayne Kalustian-Carrier (SBN 336814) is no longer affiliated
2  with the law firm Hagens Berman Sobol Shapiro LLP. Pursuant to Local Rule 5-1(c)(2)(C), the firm
3  hereby withdraws her appearance in this matter as counsel for Plaintiffs and further requests that:
4  (a) her name be removed from any applicable service list herein; and (b) that the Clerk terminate the
5  delivery of all CM/ECF notices addressed to gaynek@hbsslaw.com in the above-captioned case.
6    Hagens Berman Sobol Shapiro LLP will continue to represent Plaintiffs in this matter. No
7  other changes are requested at this time regarding Plaintiffs' counsel of record.

8  DATED: April 9, 2024                    Respectfully submitted,

                                            HAGENS BERMAN SOBOL SHAPIRO LLP

                                            By */s/ Reed R. Kathrein*
                                            Reed R. Kathrein (139304)
                                            715 Hearst Avenue, Suite 202
                                            Berkeley, CA  94710
                                            Telephone: (510) 725-3000
                                            Facsimile:  (510) 725-3001
                                            reed@hbsslaw.com

                                            Steve W. Berman
                                            Jacob P. Berman (327179)
                                            HAGENS BERMAN SOBOL SHAPIRO LLP
                                            1301 Second Avenue, Suite 2000
                                            Seattle, WA  98101
                                            Telephone: (206) 623-7292
                                            Facsimile:  (206) 623-0594
                                            steve@hbsslaw.com
                                            jakeb@hbsslaw.com

                                            *Counsel for Plaintiff La'Marcus McDonald*

NOTICE OF CHANGE IN COUNSEL - 1
Case No. 3:20-cv-04183-CRB (SK)
010930-11/2507049 V1