1  NOAH G. BLECHMAN (State Bar No. 197167)
   noah.blechman@mcnamaralaw.com
2  JOHN J. SWAFFORD (State Bar No. 321174)
   John.Swafford@McNamaraLaw.com
3  McNAMARA, AMBACHER, WHEELER,
   HIRSIG & GRAY LLP
4  3480 Buskirk Avenue, Suite 250
   Pleasant Hill, CA 94523
5  Telephone: (925) 939-5330
   Facsimile:  (925) 939-0203
6
   Attorneys for Defendants
7  COUNTY OF SONOMA, TOWN OF WINDSOR, MARK
   ESSICK, TRAVIS PERKINS, and BRENT KIDDER
8

9                    UNITED STATES DISTRICT COURT

10                   NORTHERN DISTRICT OF CALIFORNIA

11

12 | LA'MARCUS MCDONALD, | Case No. C20-4183 CRB |
13 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION, WITH PREJUDICE** |
14 | vs. | |
15 | COUNTY OF SONOMA, TOWN OF WINDSOR, MARK ESSICK, TRAVIS PERKINS, and BRENT KIDDER, | |
16 | | |
17 | Defendants. | |

18

19     **TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF
20 RECORD:**

21     PLEASE TAKE NOTICE that Plaintiff LA'MARCUS MCDONALD, individually, and
22 Defendants COUNTY OF SONOMA, TOWN OF WINDSOR, MARK ESSICK, TRAVIS
23 PERKINS, and BRENT KIDDER (hereafter collectively the "parties"), by and through their
24 counsel of record, hereby stipulate and jointly request an Order from the Court to a dismissal of the
25 Plaintiffs' First Amended Complaint, the operative complaint, so the entire action, against all
26 Defendants, with prejudice. Each party agrees to bear its own fees and costs as to this dismissal.
27     The parties attest that concurrence in the filing of these documents has been obtained from
28 each of the other Signatories, which shall serve in lieu of their signatures on the document.

STIPULATION AND ORDER DISMISSING ENTIRE
ACTION, WITH PREJUDICE - C20-4183 CRB

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: September 12, 2024         HAGENS BERMAN SOBOL SHAPIRO LLP

                                  By:   /s/ Jake Berman
                                        Reed R. Kathrein
                                        Jake Berman
                                        Attorneys for Plaintiff
                                        LA'MARCUS MCDONALD

Dated: September 12, 2024         MCNAMARA, AMBACHER, WHEELER,
                                  HIRSIG & GRAY LLP


                                  By:   /s/ Noah G. Blechman
                                        Noah G. Blechman
                                        John J. Swafford
                                        Attorneys for Defendant
                                        COUNTY OF SONOMA, TOWN OF WINDSOR,
                                        MARK ESSICK, TRAVIS PERKINS, and BRENT
                                        KIDDER


## ORDER

**PURSUANT TO STIPULATION, IT IS ORDERED AS FOLLOWS:**

The Court hereby dismisses this entire action, with prejudice, as to all claims alleged by Plaintiff. Each party to bear its own fees and costs as to this dismissal.

**IT IS SO ORDERED**


DATED: September 13, 2024                    _____
                                             HON. CHARLES R. BREYER
                                             UNITED STATES DISTRICT JUDGE